UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DJAVIER DUGGINS** | Case No. 18-cr-10450 |

## ASSENTED TO MOTION TO MODIFY BRIEFING SCHEDULE TO RESPOND TO COURT ORDER #566

Now comes the Defendant, Djavier Duggins ("Duggins") and hereby requests this Court to modify the briefing schedule to respond to court order #566 as follows, and it only amends paragraph "1" of Court Order #566.

> "*The parties shall, by February 8, 2021, file memoranda addressing whether Salvador Gutierrez's statements to CW-13 are admissible pursuant to Fed. R. Evid. 804 (b)(3).*"

The Defendant has undertaken attempting to respond to the Court's inquiry, and he believes the response requires analysis of a constitutional dimension, and therefore more time is needed. All other deadlines shall remain the same. The parties have been consulted (with the exception of counsel for Gutierrez) as the undersigned does not believe the order applies to him, but all the other parties (including the Government) have posed no objection to the request.

                                                  Respectfully Submitted,
                                                  DJAVIER DUGGINS
                                                  By his Attorney,

                                                  /s/ Gordon W. Spencer_____
                                                  Gordon W. Spencer, Esq.
                                                  BBO #630488
                                                  945 Concord Street
                                                  Framingham, MA 01701
February 3, 2021                                  (508) 231-4822

## CERTIFICATE OF SERVICE

      I, Gordon W. Spencer, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 3, 2021.

/s/ Gordon W. Spencer