UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 18-cr-10450 |
| DJAVIER DUGGINS | |

## DEFENDANT'S RESPONSE TO COURT ORDER #572

NOW COMES THE Defendant, Djavier Duggins ("Duggins") and hereby responds to Court Order #572, to report on whether his "COVID" status at the Plymouth County House Of Corrections would prevent him from participating at the scheduled hearings of February 17, 2021. After investigation, Mr. Duggins does not believe he will be hindered or prevented from participating due to any COVID related issue.

Respectfully Submitted,
DJAVIER DUGGINS
By his Attorney,

/s/ Gordon W. Spencer_____
Gordon W. Spencer, Esq.
BBO #630488
945 Concord Street
Framingham, MA 01701
(508) 231-4822

Dated:   February 12, 2021

### CERTIFICATE OF SERVICE

I, Gordon W. Spencer, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 12, 2021.

/s/ Gordon W. Spencer