UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DJAVIER DUGGINS | Case No. 18-cr-10450 |

**DEFENDANT, DJAVIER DUGGINS RESPONSE TO COURT'S JULY 28TH 2020 ORDER – Dkt entry 273**

In response to this Court's order dated July 22, 2021 (DE 674), the Defendant responds as follows:[1]

1) The Defendant CONSENTS to have his Rule 11 hearing conducted by video conference:

2) The Defendant (via the undersigned) has reviewed the Government's submission regarding the proposed jury instructions, along with Counsel's memory of the Rule 11 hearing with Mr. Salvador Guttierez.  The Defendant of course believes based upon his request for a Rule 11 hearing that there is sufficient evidence for the government to satisfy each element as outlined in the jury instructions for a RICO conspiracy  beyond a reasonable doubt.   The Defendant also agrees with the Government's proposed differences in the language of the instructions as it applies to Mr. Duggins.   Mr. Duggins further emphasizes however, that he only agrees that he was knowingly part of an organization (during the relevant times of the conspiracy)

---

[1] The undersigned apologizes to the Court for having to need a second reminder on this order.  The undersigned had eye-surgery at the end of July, and has been slowly recuperating.

2

which he also knew was engaged in pattern of racketeering activity – the extent of: a) his knowledge; b) his participation; and c) which racketeering acts were being committed (again and to what extent those acts were being carried out) – Mr. Duggins believes should be decided at sentencing.  Otherwise, Mr. Duggins agrees with the government's representations along with Mr. Duggins' pre-existing knowledge of the relevant jury instructions.

Respectfully Submitted,
DJAVIER DUGGINS
By his Attorney,

/s/ Gordon W. Spencer\_\_\_\_\_
Gordon W. Spencer, Esq.
BBO #630488
945 Concord Street
Framingham, MA 01701
(508) 231-4822

Dated:   August 11, 2021

### CERTIFICATE OF SERVICE

I, Gordon W. Spencer, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on August 11, 2020.

/s/ Gordon W. Spencer