UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DJAVIER DUGGINS | Case No. 18-cr-10450 |

### DEFENDANT'S RESPONSE TO COURT ORDER #716

NOW COMES THE Defendant, Djavier Duggins ("Duggins") and hereby responds to Court Order #716, to report on his vaccination status in anticipation of a live sentencing hearing which is scheduled to take place on January 19, 2022. Mr. Duggins reports that he is "fully-vaccinated" receiving no less than two injections, administered at the Plymouth County House of Corrections.

Respectfully Submitted,<br>
DJAVIER DUGGINS<br>
By his Attorney,<br><br>
/s/ Gordon W. Spencer_____<br>
Gordon W. Spencer, Esq.<br>
BBO #630488<br>
945 Concord Street<br>
Framingham, MA 01701<br>
(508) 231-4822

Dated:   December 1, 2021

### CERTIFICATE OF SERVICE

I, Gordon W. Spencer, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 1, 2021.

/s/ Gordon W. Spencer