UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DJAVIER DUGGINS | Case No. 18-cr-10450-MLW |

**DEFENDANT, DJAVIER DUGGINS RESPONSE TO COURT ORDER**

NOW COMES THE Defendant, Djavier Duggins, and hereby responds to the Court's order requesting the defendant's position on proposed government *exhibit 31*, which provides text messages between Djavier Duggins and various persons while he is an inmate at the Wyatt Detention Center. The undersigned and Mr. Duggins have gone through the text messages – many of which are in Spanish, but saw no distinct relevance of them on the issue of sentencing – short of one in particular (on page 3) where he appears to be accepting responsibility. Mr. Duggins has NO objection to any additional text messages sought by the government to be introduced in support of any sentencing arguments it seeks to make – subject to a relevancy determination. The parties have not yet fashioned a way to isolate these for the Court, but Mr. Duggins seeks to simply read one text message into the record, giving the date and time.

    Respectfully Submitted,
    DJAVIER DUGGINS
    By his Attorney,

    /s/ Gordon W. Spencer_____
    Gordon W. Spencer, Esq.
    BBO #630488
    945 Concord Street
    Framingham, MA 01701
February 18th, 2022    (508) 231-4822

2

## CERTIFICATE OF SERVICE

I, Gordon W. Spencer, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 18th, 2022.

/s/ Gordon W. Spencer